IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2015 JUN -1  P 2: 12

Brent Jacoby #291560
_____
Full name and prison number
of plaintiff(s)

v.

Commissioner Dunn, Warden
Kim Jones, Cpt. Thomas,
Sgt Rouse, Officers Colon,
Howard, J. Jackson, Hardy
Ross, I. Thomas, Anglin
_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT, ALA

CIVIL ACTION NO. 2:15-cv-382-MHT
(To be supplied by Clerk of
U.S. District Court)

**DEMAND FOR JURY TRIAL**

I.  PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action?  YES (  )  NO ( X )

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment?  YES ( ✓ )  NO (  )

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____See Attached_____

         Defendant(s) _____

      2. Court (if federal court, name the district; if
         state court, name the county) _____

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationary

#1) Brent Jacoby vs Baldwin County et.al. #12-cv-0197 United States District Court "Mobile Div" Appealed the Dismissal of claim at Summary Judgement. Survived Screening Stage. Appealed all the way to Supreme Court still pending.

#2) Brent Jacoby vs Baldwin County et.al. #12-cv-0366 United States District Court "Mobile Div" Appointed lawyer in 11th circuit, Survived Screening Stage. Pending

#3) Brent Jacoby vs Baldwin County et.al. #12-cv-0440 United States District Court "Mobile Div" Appointed lawyer in 11th circuit, Survived Screening Stage, Pending.

#4) Brent Jacoby vs Sheriff Mack et.al. #13-cv-00070 United States District Court "Mobile Div" Lost on Summary Judgement, survived Screening Stage. Appealed Magistrate Judge Report and Recomendation still pending.

#5) Brent Jacoby vs Oneida County et al #05-cv-6254 United States Norther District Court New York Settled out of Court.

#6) Brent Jacoby vs Sears et.al. #07-00872 United States N.D.NY settled out of court

#7) Brent Jacoby vs Buncumbe County Treatment Program # 9-304-03 dismissed Failure to State a Claim W.D. NC. Aug 7, 2009 (Screening Stage) 1 strike

#8) Jacoby vs Mosieki 07-342-H-BS U.S. W.D. KY (May 29, 2007) dismissed Failure to state A claim

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationary

#9) Jacoby vs Fischer #10 00900 WDNY March 28 2011 lost on Summary Judgement. Survived screening stage.

3. Docket number _See Attached_

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Ventress Corr Fac_
_379 Hghwy. 239 Clayton Al 36016_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Ventress_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

1. Commissioner Dunn / 301 South Ripley St Montgomery AL 30150
   Warden Kim Jones
2. Cpt Thomas
   Sgt Rose / Ventress Corr Fac.
3. Officers Glen
   I. Thomas / 879 Hghwy 279
   Haraw
4. Anglen / Clayton Al 36016
   A. Howard
5. Ross
6. J. Jackson

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _See Attached_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

See Atached

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

3

Ground 4:) Inadequate Grievance procedures (1st Amendment Violation)

Mr. Jacoby submitted a complaint he wrote (Grievance) to Warden Jones in regards to numerous constitutional right violations in regards to Due Process violations, unsafe environment, Failure to protect, Inadequate Grievance procedures, Inadequate Hiring of officers, Inadequate law library assistance, Retaliation. (See: exhibit A)

Mr. Jacoby even submitted a copy of said Grievance to Commissioner Dunn. However No Responses were given to Jacoby by Jones and Dunn so he mailed his mother and Attorney Patrick Sims copies of the Notarized Grievances, Petition and Sworn Declarations of 50 Inmates to mail to Warden Jones and Commissioner Dunn but still to this day Mr Jacoby has seen absolutely no Responses from these individuals. These grievances, sworn declarations and Petition complained of every single problem (Ground) listed below but defendants Jones and Dunn never even had the decency to Respond. There is no grievance system set up in place at this prison, grievance officer and nobody ever addresses the problems going on here. Instead these 2 individuals chose to ignore the problems and not Respond in writing so that the inmates can't exhaust their administrative Remedies under the P.L.R.A with all intentions of keeping inmates out of the courts for Relief because they know if inmates can't exhaust, their 1983 suits get dismissed and they can't be sued.

Because of these 2 defendants Jones and Dunn exhibiting clear deliberate indifference to these complaints Mr Jacoby has suffered mental Anguish in lock up, been Assaulted, lost legal materials, exhibits, motions, Affidavits, law Books etc.

been in unwanted Relationships, denied due process etc. etc.

Ground 2.) Retaliatory treatment (8th Amendment)

Supporting Facts:) Jacoby has been trying to obtain medical Records and copies of complaints from medical and the facility's new Warden Ms. Jones in Regards to him being assaulted and sexually harassed last summer because he has been wanting to file a 1983 Action. The last Wardens Gordy and Carlton would never acknowledge his complaints and medical wouldn't honor his F.O.I.A. and H.I.P.P.A. Requests and treated Jacoby like a disease.

Anyways Jacoby began writing complaints to the new Warden about wanting Protective Custody & Dorm Changes because he was accused of snitching about some cellphones that Lt. Hurlet confiscated from 3 inmates in E-Dorm. Jacoby was assaulted by all 3 of them and was scared. He didn't snitch nor have $1200 to replace the phones. Of course He was denied Protective custody. Jacoby began writing complaints but was obviously ignored so he began threatening more lawsuits and demanding Responses to his complaints/grievances.

Mr. Jacoby had all his law work (over 2000 pages, 2-law Books pictures and letters) stored in the E-Dorm Closet. Back in Feb-March 2015 because the New Warden Karla Jones wouldn't let Inmates have but 1-Net Bag of property hanging from there beds and all his pending law work and property wouldn't fit in his Box. Well the Warden Ms. Jones came through with her Riot "Cert." team

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationary

3-C

And just took Jacoby's law work, exhibits, Affidavits, Grievances, Law Books, pictures and letters and still to this day Mr. Jacoby has not gotten it back. He has wrote numerous complaints about this and no responses, nobody knows nothing when he confronts the Captains and Warden Jones. Jacoby's Civil Attorney even tried to call Jones about his missing legal work but she ignores him, played dumb through her secretaries and never responded to his letters inquireing about the missing legal documents. Come to find out Jacoby lost a non frivolous appeal to the Supreme Court #12-CV-0197 Jacoby vs Baldwin County et. al. United States District Court Southern District of Mobile Because the court never got the Writ of Certori he filed and the Warden laughed at Jacoby when he confronted her about her taking his mail.

Jacoby was eventually locked up in Segregation "B-1" for retaliatory reasons for 30 days with absolutly No notices of the disciplinary charges, No disciplinary Report was ever wrote, no hearings no extensions no nothing. When Jacoby confronted her about locking him up around the 22nd of April 2015 and all his missing legal documents she stated "I don't need people like you running around.". She's rude and doesn't have her priorities in order and doesn't give the white man (much less a gay white man) the time of day for her conversation.

While in segregation B-1 Jacoby was the victim of a race war and she and 10 officers sat back and did nothing to stop the violence, Assaults, jumpings, stabbings and Jacoby was forced to be in a unwanted

Gay Relationship because he was scared for his life and didn't want to be hurt no more. He was cut with a knife, given a busted cheek, bruised eye, sprained thumb and wrist that ended up getting x-rayed 3 weeks later. Inmates as well as Jacoby were forced to heal their own wounds - denied medical attention and left to die. Numerous other 8th Amendment violations happened behind this unlawful retaliatory act of locking Jacoby up to rot in B-1 which will be explained below.

Ground 3:) Denied Access to own legal materials, Family Pictures, Cards (1st, 6th and 14th Amendment Violations)

Supporting Facts: Warden Jones and or her "Cert" team went into the storage room closet around the month of March 2015 and took all of Mr. Jacoby's law books, over 2000 pages of legal documents, pictures and letters and still to this day Mr. Jacoby does not know what she did with them and she had no business taking these 4-pending civil 1983 claims, 2-pending criminal appeals he has life on. Jacoby wrote complaints on this but was ignored, he confronted her in person and she only said I don't need people like you running around. Nothing else was said.

Jones even intercepted (or had someone in the mailroom take it for her) Jacoby's writ of certiorari "Appeal" to the Supreme Court. The court never even got it from Jacoby when he submitted it in March - or late Feb. 2015. Jacoby confronted her about it in lock up and she laughed at him.

Jacoby was denied access to the law library and wasn't allowed law books because of some rules or

custom of the warden here at the prison. Mr. Jacoby had his Attorney Pat Sims (1983 lawyer "Appointed") call Jones about his missing property she ignored him and never even responded to his letter. Jacoby went to the southern District in Mobile, 11th Circuit Court of Appeals, Supreme Court and Baldwin County Circuit Court complaints on Jones stealing his legal documents & violating his 6th Amendment Rights to access the courts.

Grand 4:) Denied Due Process (14th Amendment)

Facts:) Mr. Jacoby was locked up for Retaliatory Reasons in B-1 Segregation for Retaliatory only and possibly to keep him from the courts. Mid-Date April 2015 Jacoby went to lock up, Received no Notices, no disciplinaries, no Hearings, no extensions and did roughly 30 days with no Visits, no phone, yard once or twice a week for 30 minutes, No television No Commissary, no Law Books to do law work from the law Library, no church services and ended up cut by another inmate beat up and Assaulted and given multiple Bruises on face some drew blood and he sprained or fractured his Right hand. He went through 3 days of Hell with constant Fights around him and being in a unwanted Relationship for protection all because of the warden locking Jacoby up for practicing his 1st and 6th Amendment Rights.

All of the sudden Jacoby was just Released back to population after doing 30 days for Punitive Reasons that served no penalogical interests.

Ground 5:) Unsafe Environment x2 (8th Amendment)

Statement of Facts:) Jacoby came to Ventress in November 2013 and since then he has been the victim of numerous assaults, sexual harrassment, sexual assault, Officer abuse. This Facility has no cameras in place to help inmates be safe, catch rule violations committed by inmates and officers and to see if inmates are telling the truth when they report acts of violence to the officers.

Not enough officers are employed and often times only one officer is assigned to each dorm to watch roughly 240-300 inmates. Each Dorm consists of 2 wings and a control Booth and 1 officer is to be assigned to each wing as he can't watch both sides at the same time. Furthermore 1 officer is to be in the control Booth to run the doors, pass out supplies and give breaks to officers as needed.

This Facility is run down already with torn sheet metal, pipes and broken windows everywhere due to the Bad weather and Inmates making weapons to stab and kill each other.

This facility has been overcrowded by at least 100 percent the maximum capacity for quite some time and Kim Thomas and commissioner Dunn wont hire enough officers to keep inmates safe, and alleviate most of the violent acts. Nor will they Place Cameras up and Fix the run down parts of the prison.

Because of the lack of security Video Surveillance lack of officers and constant smuggling of phones, drugs

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationary

3-G

and weapons into the prison. The assaults and stabbings have increased especially since Warden Jones took office.

#1) On or about the month of April 2015 Lt Hovelett came into E-4 where Jacoby was housed and confiscated 3 cellphones and chargers. Once he left 3 inmates began yelling out threats of violence on whoever snitched. No officers were around in E-4 at this time because he was on the E-1 side of the dorm. So due to the lack of officers on duty Mr Jacoby eventually got assaulted on 3-seperate occasions by 3 different inmates within an hour because they thought he may of been one of the inmates that snitched. He received injuries to his jaw, ear, back of the head and on his ribs. Had Warden Jones and or Commissioner Dunn had the right amount of officers in place to run E-dorm adequately Mr Jacoby wouldn't have been assaulted like this. Once the count time was called, officer Lindsey and someone else came into count. It was at this time Jacoby got off his bed and ran out the door to safety because those 3 inmates made Jacoby stay on his bed and were trying to get Jacoby to get on a cell phone to get $1,200 so they could buy 3 more phones. Jacoby reported what happened to Lt Hovelett and he seen the red marks and bruises on him so he had Jacoby moved to F-4 for his safety. But was denied protective custody.

#2) When Warden Jones put Jacoby in segregation B-1 dorm for no disciplinary infractions In mid to late April he ended up getting assaulted by several

Inmates and cut with a knife Just for being white. On About May 4th 2015 Officer Howard Accepted A Bribe of a $50.00 Pay pac or Green Dot to let inmates smuggle in cigarettes and dope into the B-1 Segregation Unit. Well He Renigged on the deal so inmates got mad. Eventually A Race War Broke out and About 15-20 Blacks started Jumping on the whites. Officer Colen was working the Dorm B-1 and Howard was in the officer station. Colen Ran out the door leaving Jacoby to get cut, punched, kicked and Receive numerous Injuries. Bleeding Wounds, Bruises on Face and a messed up Sprained thumb and Wrist. Jacoby had to get in a unwanted Gay Relationship Just to feel Safe and be left alone because the officer on duty and Warden Jones and Dunn couldn't keep B-1 Safe. Numerous Stabbings, Assaults and Jumpings occurred in a 3 week period and Inmates constantly got away with it. Jacoby eventually threatened suicide Around May 15th Just to feel Safe and get out the dorm, So he was placed in a Isolated Suicide Cell plus he worked out of this forced Relationship. Most of the problems kept going on because Half the lock up Dorm had No disciplinarys and Inmates were transferring into Ventress going straight to lock up due to no Bed Space in population. Guys weren't getting yard, and entitled priviledges but yet would be stuck for 2-6 weeks in lock up for nothing.

Ground (i:) Failure to Protect (8th Amendment Violation)

On or About May 4th 2015 While Jacoby

Case 2:15-cv-00382-MHT-WC   Document 1   Filed 06/01/15   Page 14 of 17
N266
**STATE OF ALABAMA**
Department of Corrections
Inmate Stationary

3-I

was being unlawfully housed in B-1 lock up Dorm for Retaliatory Reasons. Officer Howard and Glen were working the Dorm. Lock up always has 2 or 3 officers in it but the other Dorms Don't.

Inmates were stressed out about being thrown in lock up to literally make bed space because population was overcrowded, no Beds were open, and inmates would come here from other prisons and end up in Lock up once they got off the vehicle. Numerous Due process violations etc. etc. No Recreation No Caw Books.

Officer Howard was working the Dorm the night he took an Inmates pay pac $ as a Bribe to get cigarettes Food and Coffee From Across The Hall. He then Backed out. Tension was in the AIR and About 15 Black dudes Just Started Jumping on a white dude or two and Raising Hell. So Howard gets up and goes out the door scared or whatever. He is required under ALDOC Policy and or Custom its his duty to call for help and start Breaking up the Assaults with his Mace and Stick. "Not Run!!"

Eventually C-8 White Southern Brothers or Aryan Brothers got jumped on and Ran up to the door. and couldn't get out. Eventually the door opened and they escaped. They never returned to Lock up. Within about 15 minutes the Warden Kim Jones, Cpt Thomas, Officer Glen Howard, Hardy, Ross, I. Thomas, Sgt Rouse, And J Jackson show up and Stand outside The door Just watching All the chaos, And not

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationary

3-J

coming in to calm things down. Some white inmate named Christopher Dutton #237084 gets stabbed right in front of 1(officer and nothing is done. Officer wouldn't even open door to help him and inmates had to carry him to the door and raise hell just to get Dutton out to the hospital. Brent Jacoby was also jumped on, assaulted with a knife, and given multiple bruises on face some caused bleeding, sprained hand etc. etc. Jacoby had to get into a Gay Relationship against his will just to be safe and protected because officers wouldn't do there jobs.

Numerous assaults & stabbings happend over the next 2 weeks and Jacoby out of fear for his life had to scream suicide just to leave B4 feel safe and get away from Antonio Williams.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Award Punitive & compensatory Damages, jointly and Severly against defendant in Both capacities, for emotional Distress, Pain and Suffering, physical Injury Jury Trial and Injunctive Relief, to leave this prison

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  5/27/15
              (Date)

_____
Signature of plaintiff(s)

Verification

I Brent Jacoby depose and says that I am the plaintiff Herein and Swear under the penalty of perjury that everything mentioned Herein is true and correct, to the best of my memory.

_____
5-27-15

Certificate of Service

I Brent Jacoby did on this 27th day of May 2015 mail a 1983 complaint to

U.S. District Court
One Church St. Suite B-110
Montgomery Al 36104

5-27-15

4

Brent Jacoby #291560
379 Highway 239
Clayton AL 36016

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION.

THE SUBSTANCE OF THE ENCLOSED COMMUNICATION

VENTRESS LAW LIBRARY

United States District Co
Middle Div.
One Church St. Suit [
Montgomery AL 36104

LEGAL MAIL