# STATE OF ALABAMA
### Department of Corrections
### Inmate Stationary

Ventress Corr. Fac Inmate Grievance.

5/8/15

Warden Karla Jones took all my law Books, and Roughly 2000 pages of legal documents for pending civil and criminal cases I had pending in the State of Alabama and locked me up in the B-1 Restriction Dorm. Her Reasons were ~~we~~ dont Need Inmates like you running around Around in her Facility. This happend in mid April and she got mad when I questioned her about it.

I have been in the lock up Restriction Dorm for Roughly 20 days Now with No disciplinary Infractions, cant work on my law work and dont know How to Replace these documents and law Books, Jailhouse lawyers manual, Prisoners Rights in a Nutshell and the Federal Rules of Civil procedure. Since I was Retaliated against for practicing my 6th Amendment Right I have endured Numerous Due process violations, lost priveledges and Rights and have been the victim of Physical abuse and unwanted sexual Abuse and she wont even let me out of lockup. I cant even get lawBooks down here to work on my cases.

X [signature]

Sworn to and Subscribed Before me this 14 day of May 2015.

Kenneth W. Davis
Notary Public, AL State at Large
My Commission expires 09/13/2017

[signature] Kenneth W. Davis
Notary Public

Exhibit A

Ventress Corr. Fac. Inmate Grievance & Petition & Declaration
5-4-15

I, Brent Jacoby, being duly sworn, do declare under the penalty of perjury, that this said document wrote by me on behalf of the inmates here at this Facility is true and correct and protects our Rights to File a Class Action Lawsuit and or a 42. USC. 1983 Civil Rights lawsuit

**Complaint #1)** Grievances are ignored, not honored and not even given out at this facility period. Inmates as well as myself have been writing grievances on paper and they still arent even honored. Since Warden Jones took over the problems have been worse here at this facility and in order to File a suit we must exhaust our administrative Remedies however the system of no grievances being Responded to and passed out hampers our ability to File suit under the P.L.R.A. unless there is good Reason exhaustion never occured. This is a 1st Amendment Violation.

**Complaint #2)** Unsafe, unsanitary and overcrowding housing Conditions. This Facility has been and is in Violation of Fire Codes due to overcrowdedness. There isnt enough officers to watch the inmates and protect them from Harm. For Instance on this day in B-1 Warden Jones, Cpt Thomas and Roughly 10 officers just stood by and watched one inmate get stabed about 7 times and Beat up and wouldnt even open the door to Break it up, save him or even open the (Exhibit A)

door to let him out. Numerous guys wanted out but they wouldnt let them out. Its thier duty to serve and protect, break up Fights, spray mace and swing their Billy Clubs not Just stand their and watch a bunch of people get beat up, cut and stabbed. Ventress is 200 percent over capacity. We dont get recreation but maybe 1 or 2 times a week for 30-45 minutes. Their isnt enough cleaning supplies to clean up daily. Their is leaks in the ceilings, holes in the walls, torn sheet metal and metal pipeing everywhere and Bugs, ants and mice are a problem as well. Inmates have weapons everywhere like its a Max Custody prison when its only a medium. Scabees is still everywhere and medical cant clean it up fast enough. There is no phones on the wall in B-1 for inmates to use to get 1-phone call as there rules say they are allowed. Plus if we are sexually harassed or assaulted by inmates and officers. P.R.E.A. requires us access to these phones also.

(Complaint #3) Warden Jones and other officers here have a problem with puting thier hands on Inmates to much. She tried to stab a Homosexual Inmate named Robert Williams with a pen and tried fighting him around the 1st of May 2015

(Complaint #4) The Warden and about 10-12 officers Refused to break up the Assaults and Fights and stabbing this day and kept us locked in For Dead in B-1. Us inmates were Forced to break each others fights up, heal, clean and Bandage our wounds and the officers wouldnt let us Innocent Bystanders out the door. Numerous Inmates sustained Injuries, property damage, and were denied medical Attention For these injuries.

(Complaint #5) Numerous Due process violations are constantly going on here. Inmates including myself are thrown in Segregation or the Lockdown Dorm with no disciplinary, paperwork, notices etc. etc. for 10-45

Suffering with No Visits, T.V., Recreation, Hygiene Buys, Phone Calls, Commissary and access to the law library. We can't even work on our law work because we aren't allowed to have access to law Books to help us Respond too and File papers.

(Complaint #6) On this 4th day of May 2015 It was basically a race war that Broke out about 7 white inmates got jumped (names unidentified at this time) by a Bunch of Black inmates and ran out the B-1 dorm. 1- later Christopher Dutton #237084 Repeatedly got stabbed about 3 times and Jumped by a Bunch of Black inmates and the 10 black officers stood by and did nothing wouldn't even help him or open the door to let him out. I Jacoby am a Gay white inmate and was Jumped on, given a Black eye, Busted nose, cuts on my eye and arm with some metal object. Officers did nothing wouldn't help me. I was Forced to get in a gay homosexual Relationship Just For protection so I wouldn't get killed and do sexual favors Just so I could live in B-1 Hot Dorm. I'm now with Antonio Williams out of Fear only.

Officers on Duty were Warden Karla Jones, Cpt Jimmie Thomas, C/O J. Jackson, A. Howard, Anglin, Hardy, Ross, I. Thomas Sgt. Rouse and C/O Glen.

All said signatures on pg. 4 Are of the inmates that witnessed these said events and were hurt, whether physically, Sexually, mentally or had property Damage done to there Belongings.

#1) Bobby White 189895
#2) [scribbled] #29152
#3) Melvin D. Peyregne #261443
#4) JAMES L. HARLOW #202546
#5) Cevor Carr 214746
#6) Chris Hamby 216492
#7) Justin Hopkins 272686
#8) Allen Ratliff 216415
#9) Terrance Holden 203764
#10) [scribbled] 154247
#11) [signature] 203900
#12) Nicholas McClure #[illegible]
13) Joshua Smith 281594
14) B. ZN. Smith 209174
15) J'Andre Cockrell 288720
16) Kelly Young 171611
17) Brian Bevington 151740
5) Tommy Surrett 211737
9) Lamar Northcutt #267656
V) Xavier Edwards 285094
●) Shedrick Hogan 186352
+) Chris L. Gunn - 209751
2) Madaves Brown
13) SILAS MARTIN - 145609
4) Curtis Harris - 154618
15) Demetrius Slaughter - 294971
6) Almando Ridge - 260708
7) Scott [illegible] 248584
8) Christopher Conrad 298425
9) Kevin Scott 190314
10) Elijah [illegible] 198930

31) [illegible] 24016
32) Steven Reynolds 288421
33) Raettn Wilson 26252
34) Michael James 246908
35) DESTINY TURNER 202243
36) Ricky Peterson 238476
37) David E Johnston 247712
38) Peara Crutcher 287104
39) Shawn Smith
40) [scribbled] 186598
41) Zedevid Wester 297010
42) Gregory Dees 206797
43) [signature] Williams 239493

We want these officers Fired and the warden gone and change made.

X [signature]

Sworn to and subscribed before me this 14 day of May 2015

[signature]

Kenneth W. Davis
Notary Public, AL State at Large
My Commission expires 09/13/2017