IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRENT JACOBY,                  )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )     2:15cv382-MHT
                               )         (WO)
COMMISSIONER DUNN, et al.,     )
                               )
    Defendants.                )
```

ORDER

After an independent and de novo review of the recommendation of the United States Magistrate Judge, it is ORDERED as follows:

(1) Plaintiff's objections (doc. no. 35) are overruled.

(2) The recommendation of the magistrate judge (doc. no. 28) is adopted.

(3) The motion for preliminary injunction (doc. no. 7) is denied.

(4) This case is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 25th day of November, 2015.

                                         /s/ Myron H. Thompson  
                                       **UNITED STATES DISTRICT JUDGE**