IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRENT JACOBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv382-MHT |
| | ) | (WO) |
| WARDEN KARLA JONES, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the plaintiff's motion to reconsider (doc. no. 80) is denied.

DONE, this the 19th day of February, 2019.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE