IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRENT JACOBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:15cv382-MHT |
| ) | (WO) |
| WARDEN KARLA JONES, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the plaintiff's motion to reconsider (doc. no. 90) is denied.

DONE, this the 6th day of September, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**