IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRENT JACOBY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:15cv382-MHT |
| | ) | (WO) |
| WARDEN KARLA JONES, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the plaintiff's motion to reconsider (doc. no. 93) is denied.

DONE, this the 17th day of September, 2019.

                         /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE